This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                    **NO. 32,151**

**VICENTE CHAVEZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF UNION COUNTY**
**John M. Paternoster, District Judge**

Gary K. King, Attorney General
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellant

Alsup Law Office
Gary D. Alsup
Clayton, NM

for Appellee

**MEMORANDUM OPINION**

**CASTILLO, Chief Judge.**

The State appeals from the district court order requiring the State to disclose the identity of a confidential informant or in the alternative dismiss the case with prejudice. This Court issued a calendar notice proposing to conclude that the State's appeal was premature and proposing to dismiss. The State has filed a response to this Court's calendar notice stating that it agrees with our notice of proposed disposition. Accordingly, we dismiss.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Chief Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**RODERICK T. KENNEDY, Judge**